BERNARD MILLER, as Administrator of the Estate of HARRY MILLER, Deceased, Respondent, *v.* SCHINDLER'S PRAIRIE HOUSE, INC., Appellant.

ESTHER FRIEDMAN, as Administratrix of the Estate of MARY FRIEDMAN, Deceased, Respondent, *v.* SCHINDLER'S PRAIRIE HOUSE, INC., et al., Appellants.

(Argued February 14, 1929; decided March 19, 1929.)

*Bernard G. Barton* for appellants.

*John D. Lyons, Nellie Childs Smith* and *Louis Rothbard* for respondents.

In each action judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.